JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Daniel Lopez,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Hi Soon Lee;<br>Sun Ik Cho;<br>J & C Mini Mall Co., Inc., a California Corporation; and Does 1-10,<br><br>　　　　Defendants. | Case: 2:14-CV-07788-CAS-VBK<br><br>**ORDER OF DISMISSAL** |

## **ORDER**

Having read the foregoing notice and good cause appearing therefore, the entire case is hereby ordered dismissed without prejudice.

Dated: November 13, 2014            *Christina A. Snyder*
　　　　　　　　　　　　　　　　　　HONORABLE CHRISTINA A. SNYDER
　　　　　　　　　　　　　　　　　　U.S. DISTRICT COURT JUDGE